**Order entered May 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01675-CR

**ALJANON LARAY SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F10-25739-X**

## ORDER

After consideration, we **GRANT** the State's Second Motion for Extension of Time to File Brief. The State's brief received on May 17, 2013 is deemed timely filed.

/s/    KERRY P. FITZGERALD
        JUSTICE